NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANCISCO ESTRADA,                    )
                                      )
      Appellant,               )
                                      )
v.                                    )        Case No. 2D17-1612
                                      )
PASCO REGIONAL MEDICAL                )
CENTER, n/k/a/ BAYFRONT               )
HEALTH DADE CITY; DENIS               )
STEWART, M.D.; and JANE DOES          )
1 through 3,                          )
                                      )
      Appellees.               )
_____)

Opinion filed February 16, 2018.

Appeal from the Circuit Court for Pasco
County; Linda H. Babb, Judge.

Francisco Estrada, pro se.

Michael R. D'Lugo, and Linda S.
O'Connor, of Wicker, Smith, O'Hara,
McCoy & Ford, P.A., Orlando, for
Appellees Pasco Regional Medical
Center and Jane Does 1 through 3.

Thomas A. Valdez of Quintairos, Prieto,
Wood & Boyer, P.A., Tampa, for Appellee
Denis Stewart, M.D.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.